UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pha S.,<br>  Petitioner,<br>v.<br>Kristi Noem, et al.,<br>  Respondents. | ORDER DISMISSING WRIT<br>OF HABEAS CORPUS<br><br>Civil File No. 26-1539 (MJD/ECW) |

Daniel P. Suitor, Daniel P. Suitor, PLLC, Counsel for Petitioner.

David W. Fuller, Jesus Cruz Rodriguez, Assistant United States Attorneys, Counsel for Respondents.

On March 1, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner into Minnesota and to return his personal property. [Doc. 8.] On March 3, 2026, Respondents informed the Court that Petitioner had been released from detention on March 2, 2026. [Doc. 10.] On March 7, Petitioner's counsel confirmed Petitioner was released with all his personal property. [Doc. 11.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Pha S.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 9, 2026            s/Michael J. Davis
                                Michael J. Davis
                                United States District Court